IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF TENNESSEE

Charles T. Glover, )
   plaintiff, )
vs. )
Shelby County ) NO. _____
Criminal Court )
Division 6, State )
of TN. Probation )
& Parole, et al )

RECEIVED
13 FEB -4 PM 1:13
THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN. MEMPHIS

## Complaint
### Right To BAIL Under United States Constitution

Come Now, Charles T. Glover, "pro-se" "indigent" plaintiff, would first ask that this Court take Notice that plaintiff is currently detained at Shelby County Jail with limited resources and legal authorities and there ask that this Court construe these pleadings "liberally" and not as those that are drafted by legal attorneys. *Haines vs. Kerner*, U.S. Supreme Court, and files this complaint asking that the Court

(1)

would grant the plaintiff Bail.

1. On or about January 15, 2013, the plaintiff visited his probation officer, ~~Ja~~ Jakeva Dotson.

2. On or about January 15, 2013, probation officer Jakeva Dotson gave your plaintiff a urinalysis drug test.

3. On or about January 15, 2013, the urinalysis test result was negative for illegal and legal drugs.

4. On or about January 23, 2013, the plaintiff received a phone call from officer Shaw (sheriff) from 201 poplar, ~~stating that~~

(2)

stating that the plaintiff had a warrant for his (the plaintiff) arrest.

5. On or about January 23, 2013, the plaintiff found that the warrant was for "violation of probation" because the plaintiff urin test yielded no medications prescribed by the plaintiffs mental ill doctor.

6. On or about January 24, 2013, the plaintiff turned himself in at 201 poplar to officer Shaw (sheriff), at Shelby County jail.

7. On or about January 24, 2013, ~~the~~ the plaintiff found that he was being detained without a bail.

(3)

8. On or about January 24, 2013, the plaintiff had not been charged with Murder I, which warrants "no" Bail.

9. Wherefore, where the plaintiff ~~is being held~~ is being held or deprived of his personal liberty, where the plaintiff stand to loose his business (Car lot) and other accomplishments, the plaintiff prey that the Court take jurisdiction over this case and Order that the Criminal Court, Division G, 6th floor, grant the plaintiff Bail. January 30, 2012, _____

Charles T. Glover
plaintiff

(4)