# United States District Court
## WESTERN DISTRICT OF TENNESSEE
### Western Division

**JUDGMENT IN A CIVIL CASE**

CHARLES T. GLOVER,
Plaintiff,

v.                                                                          Cv. No. 2:13-2080-JDT-tmp

SHELBY COUNTY CRIMINAL
COURT DIVISION 6, ET AL.,
Defendants.

**Decision by Court.**  This action came to consideration before the Court.  The issues have been considered and a decision has been rendered.

       **IT IS ORDERED AND ADJUDGED** that in accordance with the Order entered in the above styled matter on 5/20/13, the Court hereby **DISMISSES** the complaint for failure to state a claim on which relief may be granted, pursuant to 28 U.S.C. §§ 1915(e)(2)(B)(ii) and 1915A(b)(1).  It is **CERTIFIED**, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal in this matter by Plaintiff would not be taken in good faith.

The Plaintiff is instructed that if he wishes to take advantage of the installment procedures for paying the appellate filing fee, he must comply with the procedures set out in McGore and § 1915(a)(2) by filing an updated *in forma pauperis* affidavit and a current, certified copy of his inmate trust account for the six months immediately preceding the filing of the notice of appeal.

For analysis under 28 U.S.C. § 1915(g) of future filings, if any, by Plaintiff, this is the
first dismissal of one of his cases as frivolous or for failure to state a claim.

**APPROVED:**

                                    s/ **James D. Todd**
                                    JAMES D. TODD
                                    UNITED STATES DISTRICT JUDGE

**THOMAS M. GOULD
CLERK**

**BY: s/Cassandra Ikerd
DEPUTY CLERK**